# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| HAMILTON COUNTY JOB AND FAMILY SERVICES,<br>    Plaintiff, | Case No. 1:17-cv-855<br>Black, J.<br>Litkovitz, M.J. |
| vs. | |
| JAIYANAH BEY,<br>    Defendant. | **REPORT AND RECOMMENDATION** |

This matter is before the Court on defendant Jaiyanah Bey's motion to strike (Doc. 9) and motion for summary judgment (Doc. 10). On December 22, 2017, the undersigned issued a Report and Recommendation recommending that Ms. Bey's petition for removal be denied and the case be remanded to the state court because this federal court lacks subject matter jurisdiction over this case. (Doc. 4). In view of the previously filed Report and Recommendation, Ms. Bey's motions to strike (Doc. 9) and for summary judgment (Doc. 10) should be **DENIED** as moot.

    **IT IS SO RECOMMENDED.**

Date: 8/1/18

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HAMILTON COUNTY JOB
AND FAMILY SERVICES,
    Plaintiff,

vs.

JAIYANAH BEY,
    Defendant.

Case No. 1:17-cv-855
Black, J.
Litkovitz, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).