UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HAMILTON COUNTY JOB AND FAMILY SERVICES, | : : | Case No. 1:17-cv-855 |
| Plaintiff, | : : | Judge Timothy S. Black |
| vs. | : : | Magistrate Judge Karen L. Litkovitz |
| JAIYANAH BEY, Defendant. | : : : | |

DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4),
OVERRULING DEFENDANT'S OBJECTION (Doc. 5), AND
TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and entered a Report and Recommendation recommending this matter be remanded back to the state court from which it was removed. (Doc. 4). Defendant filed a timely objection ("Objection"). (Doc. 5).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

---

[1] The Objection is not well-taken. The Objection does not offer any argument to rebut the Magistrate Judge's correct conclusions that (1) Defendant, an Ohio resident, may not remove an Ohio state court case (28 U.S.C. § 1441(b)) and (2) in any event, Defendant has not established a basis for federal jurisdiction over this action.

of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 4) is **ADOPTED**;

2. Defendant's Objection (Doc. 5) is **OVERRULED**;

3. Defendant's petition for removal (Doc. 3) is **DENIED**;

4. This matter is **REMANDED** back to the state court from which it was removed;

5. Pursuant to 28 U.S.C. § 1915(a), an appeal of this Order would not be taken in good faith and, accordingly, Defendant is denied leave to appeal *in forma pauperis*; and

6. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 8/1/18

Timothy S. Black
United States District Judge