# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

HAMILTON COUNTY JOB
AND FAMILY SERVICES,
   Plaintiff,

vs.

JAIYANAH BEY,
   Defendant.

Case No. 1:17-cv-855
Black, J.
Litkovitz, M.J.

**REPORT AND RECOMMENDATION**

This matter is before the Court on defendant Jaiyanah Bey's motion for reconsideration of the Court's Order adopting the report and recommendation of the United States Magistrate Judge, overruling defendant's objection, and terminating this case in this court. (Doc. 15).

As a general rule, motions for reconsideration are not favored unless the movant demonstrates: (1) an intervening change of controlling law; (2) the availability of new evidence; or (3) a need to correct a clear error or prevent manifest injustice. *Entm't Prods., Inc. v. Shelby Cnty.*, 721 F.3d 729, 742 (6th Cir. 2013); *Louisville/Jefferson Cnty. Metro Gov't v. Hotels.com, L.P.*, 590 F.3d 381, 389 (6th Cir. 2009). The Court has carefully reviewed defendant's motion and the authorities cited therein. In this case, there is no intervening change of controlling law, nor has defendant submitted new evidence. The Court is not aware of any need to correct a clear error or to prevent manifest injustice. Instead, defendant has simply reargued the issues upon which she was not successful before this Court.

Defendant has not alleged any facts or cited any legal authority which suggests that reconsideration of the Court's dismissal order and judgment denying the petition for removal of a state court action to this federal court and remanding this matter to the Hamilton County Juvenile Court is warranted. If defendant wishes to obtain review of the Court's decision and orders, she must pursue an appeal to the United States Court of Appeals for the Sixth Circuit.

Accordingly, it is hereby **RECOMMENDED** that defendant's motion for reconsideration (Doc. 15) be **DENIED**.

**IT IS SO RECOMMENDED.**

*Karen L. Litkovitz* (signature)
Karen L. Litkovitz
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| HAMILTON COUNTY JOB<br>AND FAMILY SERVICES,<br>Plaintiff, | Case No. 1:17-cv-855<br>Black, J.<br>Litkovitz, M.J. |
| vs. | |
| JAIYANAH BEY,<br>Defendant. | |

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).