# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| HAMILTON COUNTY JOB AND FAMILY SERVICES, | Case No. 1:17-cv-855 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | Magistrate Judge Karen L. Litkovitz |
| JAIYANAH BEY, | |
| Defendant. | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 16)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on August 21, 2018, submitted a Report and Recommendation. No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 16) is **ADOPTED**; and

2. Defendant's motion for reconsideration (Doc. 15) is **DENIED**.

**IT IS SO ORDERED.**

Date:   11/20/18

Timothy S. Black
United States District Judge